## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ELAYNE D. BOOSE,**            )<br>                                                             )<br>           **Plaintiff,**           )<br>                                                             )<br>    vs.                                                  )<br>                                                             )<br>**FURNITURE ON CONSIGNMENT, INC.,** )<br>**d/b/a/ ROD KUSH'S RENT TO**       )<br>**OWN, a Nebraska  Corporation,**   )<br>                                                             )<br>           **Defendant.**         ) | **8:06CV228**<br><br>**ORDER** |

The Clerk's Office has requested that Document [8] be stricken from the record because the document is improperly captioned.

**IT IS ORDERED** that the Clerk shall strike Document [8] from the record and file a corrected document, if appropriate.

**DATED April 28, 2006.**

                                                            BY THE COURT:

                                                            s/ F.A. Gossett
                                                            **United States Magistrate Judge**