IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAYNE D. BOOSE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV228 |
| | ) | |
| v. | ) | |
| | ) | |
| FURNITURE ON CONSIGNMENT, | ) | ORDER |
| INC., d/b/a ROD KUSH'S RENT | ) | |
| TO OWN, a Nebraska | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulated motion for voluntary dismissal (Filing No. 35). Pursuant thereto,

IT IS ORDERED that said motion is granted; this action is dismissed without prejudice.

DATED this 10th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court